No. 81–5849. POUSSON *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–5897. WILSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6038. MOORE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–6079. LOCKLEAR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–6094. MCKEE *v.* HARRIS. C. A. 2d Cir. Certiorari denied.

No. 81–6130. SIMER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–6144. SALMAN *v.* SWANSON, DISTRICT DIRECTOR, INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied.

No. 81–6191. CONNER *v.* ANDERSON, WARDEN, STATE PRISON OF SOUTHERN MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 81–6200. PELCZARSKI *v.* SULLIVAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 81–6204. NORWOOD *v.* WOODARD. C. A. 4th Cir. Certiorari denied.

No. 81–6207. TYLER *v.* TYLER. Ct. App. Wis. Certiorari denied.

No. 81–6210. TAYLOR *v.* BLACKBURN, WARDEN, LOUISIANA STATE PENITENTIARY. Sup. Ct. La. Certiorari denied.

No. 81–6215. DRYSDALE *v.* KEITH. C. A. 4th Cir. Certiorari denied.